RECEIVED
IN LAKE CHARLES, LA.

JAN 20 2015

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| WILLIE MERRIWEATHER, | * | CIVIL ACTION NO. 2:13-cv-3226 |
| Petitioner, | * | |
| v. | * | JUDGE MINALDI |
| USA, | * | |
| Respondent. | * | MAGISTRATE JUDGE KAY |

*********************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 5] of the Magistrate Judge previously filed herein, to which the petitioner filed no Objection, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that petitioner's Application for Writ of *Habeas Corpus* under 28 U.S.C. § 2241 [Doc. 1] be and hereby is **DISMISSED, WITH PREJUDICE.**

Lake Charles, Louisiana, this 9 day of _January_, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE